IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| 3 KINGZ SEAFOODS, LLC § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> TONIQUE CLAY, KWAYLON ROGERS § <br> and 3 KINGZ SEAFOODS, LLC § <br> Defendants. § | Civil Action No. 4:18-cv-04237 <br><br> Jury Demanded |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff 3 Kingz Seafoods, LLC ("Plaintiff") and Defendants Tonique Clay, Kwaylon Rogers, and 3 Kingz Seafoods, llc ("Defendants") (collectively "Parties") hereby file this Agreed Motion to Dismiss with Prejudice all causes of action brought by the Plaintiff, and would respectfully show the Court as follows:

Plaintiff and Defendants entered into a Release and Settlement Agreement, with an Effective date of May 9, 2019, pursuant to which Plaintiff agreed to move for a dismissal of its claims against Defendants with prejudice. This dismissal is made without waiver of Plaintiff's rights under the Release and Settlement Agreement and reserving all rights thereunder.

WHEREFORE, the Parties respectfully request that this Court enter the approved and submitted Order, dismissing the above-entitled and numbered cause of action with prejudice, and without costs of disbursement to either party.

Respectfully submitted,

**ELLIOTT & POLASEK, PLLC**

Dated: May 10, 2019             By: /s/ Douglas H. Elliott
                                    DOUGLAS H. ELLIOTT

        Attorney-In-Charge
        Texas State Bar No. 0065390
        S.D. Tex. No. 7830
        doug@epiplawyers.com
        6750 West Loop South, Suite 995
        Bellaire, Texas 77401
        (832) 485-3508 - Telephone
        (832) 485-3511 – Facsimile
        ***COUNSEL FOR PLAINTIFF***

Respectfully submitted,

**RAMEY & SCHWALLER, LLP**

Dated:  <u>May 10, 2019</u>        By: <u>/s/ William P. Ramey (with permission)</u>
        WILLIAM P. RAMEY
        Attorney-In-Charge
        Texas State Bar No. 24027643
        wramey@rameyfirm.com
        5020 Montrose Blvd.
        Houston, Texas 77006
        (713) 426-3923 - Telephone
        (832) 900-4941 - Facsimile
        ***COUNSEL FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of May 2019 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                       /s/ Douglas H. Elliott
                                       Douglas H. Elliott