IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| 3 KINGZ SEAFOODS, LLC<br>　　　　Plaintiff, | §<br>§<br>§ | Civil Action No. 4:18-cv-04237 |
| vs. | §<br>§ | Jury Demanded |
| TONIQUE CLAY, KWAYLON ROGERS<br>and 3 KINGZ SEAFOODS, LLC<br>　　　　Defendants. | §<br>§<br>§ | |

## **ORDER**

Came to be considered the AGREED MOTION TO DISMISS WITH PREJUDICE in the captioned case. This Court, having considered the motion, any arguments presented by any of the parties, and applicable authority, is of the opinion that the motion should be GRANTED. It is, therefore:

ORDERED that all causes of action brought by the Plaintiff 3 Kingz Seafood, LLC against the Defendants in the above-entitled and numbered action are hereby DISMISSED, with prejudice, and without costs or disbursements to either party.

SIGNED on this _____ day of _____, 2019.

_____
Lee H. Rosenthal
Chief United States District Judge